1 | ANTHONY MICHAEL GLASSMAN (SBN 037934)
2 | ALEXANDER RUFUS-ISAACS (SBN 135747)
RICHELLE L. KEMLER (SBN 232712)
3 | GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC
360 North Bedford Drive, Suite 204
4 | Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
5 | Facsimile: (310) 271-6041

**FILED**
CLERK, US DISTRICT COURT

OCT - 4 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

6 | Attorneys for Plaintiff
7 | DR. FREDERICK K. C. PRICE

8 | UNITED STATES DISTRICT COURT

**DENIED**

9 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 |

11 | Dr. FREDERICK K. C. PRICE, an individual,

12 |             Plaintiff,

13 |      v.

14 | JOHN STOSSEL, an individual, GLEN
15 | RUPPEL, an individual, AMERICAN
BROADCASTING COMPANIES,
16 | INC., a Delaware corporation, ABC,
INC., a Delaware corporation, OLE
17 | ANTHONY, an individual, TRINITY
FOUNDATION, INC., an entity, form
18 | unknown, and DOES 1-100, inclusive,

19 |             Defendants.

Case No. CV07-06015 [RGK] [FFMx]

Honorable R. Gary Klausner

JOINT STIPULATION AND
PROPOSED ORDER TO STAY
PROCEEDINGS TO ALLOW
PARTIES TO PURSUE MEDIATION

(Declaration of Anthony M. Glassman
filed concurrently herewith)

Date Filed:      July 24, 2007
Date Removed:  September 17, 2007

Trial Date:     None Set

20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |



GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 NORTH BEDFORD DRIVE, SUITE 204
BEVERLY HILLS, CA 90210-5157

214191 1 doc167815 1

JOINT STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS

**RECITALS**

1.    WHEREAS Plaintiff Frederick K.C. Price ("Plaintiff") filed his Complaint for defamation and intentional infliction of emotional distress in the Los Angeles Superior Court against Defendants John Stossel, Glenn Ruppel (erroneously sued as Glen Ruppel), American Broadcasting Companies, Inc., ABC, Inc. (erroneously sued as ABC Inc.), Ole Anthony, and Trinity Foundation, Inc. (collectively, "Defendants"), on July 24, 2007 (the "Action").

2.    WHEREAS Defendants removed the Action to the United States District Court for the Central District on September 17, 2007.

3.    WHEREAS Defendants filed their Answers to the Complaint on September 21, 2007.

4.    WHEREAS on September 26, 2007, the Court entered an order setting a Scheduling Conference for November 26, 2007.

5.    WHEREAS no prior requests for extensions or stays have been requested. (Declaration of Anthony M. Glassman ("Glassman Decl.") ¶ 4.)

6.    WHEREAS Plaintiff and Defendants (collectively, the "Parties") desire to resolve this matter in its entirety by mediation, if possible. To this end, the Parties have labored for several weeks to select a mutually agreeable mediator and a mutually agreeable date of mediation. On September 27, 2007, the Parties agreed to participate in a mediation before the Honorable Lourdes G. Baird (Ret.) on November 14, 2007, which was the first date that Judge Baird was available. (Glassman Decl. ¶ 5.)

7.    WHEREAS absent resolution of this matter, Defendants anticipate that they will file "anti-SLAPP" motions pursuant to Section 425.16 of the California Code of Civil Procedure. The deadline to file the motion is on or before October 16, 2007, for Defendants Trinity Foundation, Inc. and Ole Anthony. The deadline to file the motion is October 28, 2007, for Defendants John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc. and ABC, Inc. (See Glassman Decl. ¶ 6.)

///

GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 NORTH BEDFORD DRIVE, SUITE 204
BEVERLY HILLS, CA 90210-5157

8.   WHEREAS in an effort to resolve this Action, expeditiously if possible, without incurring unnecessary costs or wasting judicial resources, the Parties seek a temporary stay of proceedings in this Action while the Parties mediate in good faith. (Glassman Decl. ¶ 3.)  Specifically, the Parties seek to stay the proceedings such that (a) the Scheduling Conference is continued until January 3, 2008, and (b) the deadline for Defendants to file their anti-SLAPP motions is extended until on or before December 15, 2007.

## STIPULATION

By and through their attorneys, the Parties hereby stipulate as follows, subject to the approval of the Court:

1.   The Action is stayed such that (a) the Scheduling Conference is continued until January 3, 2008, or until such date thereafter that the Court deems acceptable; and (b) the deadline for Defendants to file their anti-SLAPP motions is extended until on or before December 15, 2007.

Date: September 28, 2007        Glassman, Browning, Saltsman & Jacobs, Inc.
                                By: _____
                                        Anthony M. Glassman
                                Attorneys for Plaintiff Dr. Frederick K. C. Price

Date: September 28, 2007        White O'Connor Curry, LLP
                                By: _____
                                        David E. Fink
                                Attorneys for Defendants John Stossel, Glenn Ruppel,
                                American Broadcasting Companies, Inc. and ABC, Inc.

Date: September 28, 2007        Lewis, Brisbois, Bisgaard & Smith, LLP
                                By: _____
                                        William E. Pallares
                                Attorneys for Ole Anthony and Trinity Foundation, Inc.

**IT IS SO ORDERED.**

Date: _____           _____

GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 NORTH BEDFORD DRIVE, SUITE 204
BEVERLY HILLS, CA 90210-5157

214191.1 docError! Unknown document property name..Error! Unknown document property name.                3

Received   09-28-2007   01:08pm   From-                    To-G,B&S                Page 002

1    8.    WHEREAS in an effort to resolve this Action, expeditiously if possible,

2    without incurring unnecessary costs or wasting judicial resources, the Parties seek a

3    temporary stay of proceedings in this Action while the Parties mediate in good faith.

4    (Glassman Decl. ¶ 3.)  Specifically, the Parties seek to stay the proceedings such that (a)

5    the Scheduling Conference is continued until January 3, 2008, and (b) the deadline for

6    Defendants to file their anti-SLAPP motions is extended until on or before December 15,

7    2007.

8    **STIPULATION**

9    By and through their attorneys, the Parties hereby stipulate as follows, subject to

10    the approval of the Court:

11    1.    The Action is stayed such that (a) the Scheduling Conference is continued

12    until January 3, 2008, or until such date thereafter that the Court deems acceptable; and

13    (b) the deadline for Defendants to file their anti-SLAPP motions is extended until on or

14    before December 15, 2007.

15    Date: September 28, 2007        Glassman, Browning, Saltsman & Jacobs, Inc.

16        By:_____

17            Anthony M. Glassman
        Attorneys for Plaintiff Dr. Frederick K. C. Price

18

19    Date: September 28, 2007        White O'Connor Curry, LLP

20        By:_____
            David E. Fink

21        Attorneys for Defendants John Stossel, Glenn Ruppel,
        American Broadcasting Companies, Inc. and ABC, Inc.

22

23    Date: September 28, 2007        Lewis, Brisbois, Bisgaard & Smith, LLP

24        By:_____

25            William E Pallares
        Attorneys for Ole Anthony and Trinity Foundation, Inc.

26

**IT IS SO ORDERED.**

27

28    Date:_____        DENY ~~DENIED~~

            Judge R. Gary Klausner

214191.1 doc167815.1                    3
JOINT STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS

GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 NORTH BEDFORD DRIVE, SUITE 204
BEVERLY HILLS, CA 90210-5157

**PROOF OF SERVICE BY MAIL**
(CCP §1013a(3))

I certify and declare as follows

I am over the age of 18 and not a party to this action.  My business address is 360 North Bedford Drive, Suite 204, Beverly Hills, California 90210-5157, which is located in the County of  Los Angeles, State of California, where the service described below took place.

I am "readily familiar" with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 1, 2007, at the above business address, I placed true copies of the foregoing document described as **JOINT STIPULATION AND PROPOSED ORDER TO STAY PROCEEDINGS TO ALLOW PARTIES TO PURSUE SETTLEMENT** for deposit in the United States Postal Service in sealed envelope(s), with postage fully prepaid, addressed as follows:

SEE ATTACHED SERVICE LIST

and such envelope(s) were placed for collection and mailing on that date following ordinary business practices.

Executed on October 1, 2007, at Beverly Hills, California.

☐ (State)            I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)          I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Stephanie Webb*
Stephanie Works

GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 NORTH BEDFORD DRIVE, SUITE 204
BEVERLY HILLS, CA 90210-5157

# SERVICE LIST

Andrew M. White (SBN 60181)
David E. Fink (SBN 169212)
Allison S. Rohrer (SBN 224029)
White O'Connor Curry LLP
10100 Santa Monica Blvd., 23rd Floor
Los Angeles, CA 90067-4008
Telephone· (310) 712-6100
Facsimile:  (310) 712-6199

Attorneys for Defendants John Stossel; Glenn
Ruppel; American Broadcasting Companies,
Inc.; and ABC, Inc.

Karl R. Loureiro (SBN 162318)
William E. Pallares (SBN 187740)
Lewis Brisbois Bisgaard & Smith LLP
222 N. Figueroa St., Suite 1200
Los Angeles, CA 90012-2601
Telephone:  (213) 250-1800
Facsimile:  (213) 250-7900

Attorneys for Defendants Ole Anthony and
Trinity Foundation, Inc.

167910 I