ANTHONY MICHAEL GLASSMAN (SBN 037934)
ALEXANDER RUFUS-ISAACS (SBN 135747)
RICHELLE L. KEMLER (SBN 232712)
GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 North Bedford Drive, Suite 204
Beverly Hills, California 90210-5157
Telephone: (310) 278-5100
Facsimile: (310) 271-6041

Attorneys for Plaintiff
DR. FREDERICK K. C. PRICE

FILED
CLERK, U S DISTRICT COURT

OCT 15 2007

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Priority ____
Send ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Dr. FREDERICK K. C. PRICE, an individual,

           Plaintiff,

      v.

JOHN STOSSEL, an individual, GLEN RUPPEL, an individual, AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC, INC., a Delaware corporation, OLE ANTHONY, an individual, TRINITY FOUNDATION, INC., an entity, form unknown, and DOES 1-100, inclusive,

           Defendants.

Case No. CV07-06015 [RGK] [FFMx]

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**Honorable R. Gary Klausner**

Date Filed:     July 24, 2007
Date Removed:  September 17, 2007

Trial Date:     None Set

WHEREAS, the parties wish to concentrate their efforts and utilize their resources in pursuit of settlement of this matter;

WHEREAS, the parties agree that the only basis for the voluntary dismissal of the case is to allow the parties to concentrate on the mediation and potential settlement of Plaintiff's claim;

WHEREAS, the DEFENDANTS, John Stossel, Glenn Ruppel, American Broadcasting Companies, Inc., ABC, Inc., Ole Anthony, and Trinity Foundation, Inc. ("DEFENDANTS"), by and through their attorneys, agree that the voluntary dismissal

GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 NORTH BEDFORD DRIVE, SUITE 204
BEVERLY HILLS, CA 90210-5157

168053 1

DOCKETED ON CM
OCT 16 2007
BY M©
009

1  by PLAINTIFF, Frederick K.C. Price ("PLAINTIFF"), is without prejudice and shall not

2  be used in any way to prejudice PLAINTIFF should the mediation fail and the action be

3  refiled;

4       WHEREAS, the DEFENDANTS by and through their attorneys agree to waive a

5  potential award of costs for the dismissal of this action under Federal Rules of Civil

6  Procedure, Rule 41(d) and Rule 54(d) should the mediation fail and the case be refiled

7  by PLAINTIFF;

8       IT IS HEREBY STIPULATED by and between the parties to this action through

9  their designated counsel that in order to allow the parties to pursue mediation without

10  simultaneously filing and opposing an Anti-SLAPP motion, the above-captioned action

11  be and hereby is dismissed without prejudice, pursuant to Federal Rules of Civil

12  Procedure, Rule 41(a)(1)(ii).

13  Date: October 10, 2007        Glassman, Browning, Saltsman & Jacobs, Inc.
                                  By: _____.
14                                     Anthony M. Glassman
15                                Attorneys for Plaintiff Dr. Frederick K. C. Price

16
    Date: October __, 2007        White O'Connor Curry LLP
17
                                  By: (signature by facsimile)
18                                     David E. Fink
                                  Attorneys for Defendants John Stossel, Glenn Ruppel,
19                                American Broadcasting Companies, Inc. and ABC, Inc.

20
    Date: October __, 2007        Lewis, Brisbois, Bisgaard & Smith, LLP
21
                                  By: (signature by facsimile)
22                                     William E. Pallares
23                                Attorneys for Ole Anthony and Trinity Foundation, Inc.

24  IT IS SO ORDERED
    OCT 15 2007
25  Dated _____
26  United States District Judge

27

28

GLASSMAN, BROWNING, SALTSMAN & JACOBS, INC.
360 NORTH BEDFORD DRIVE, SUITE 204
BEVERLY HILLS, CA 90210-5157

1  by PLAINTIFF, Frederick K.C. Price ("PLAINTIFF"), is without prejudice and shall not

2  be used in any way to prejudice PLAINTIFF should the mediation fail and the action be

3  refiled;

4       WHEREAS, the DEFENDANTS by and through their attorneys agree to waive a

5  potential award of costs for the dismissal of this action under Federal Rules of Civil

6  Procedure, Rule 41(d) and Rule 54(d) should the mediation fail and the case be refiled

7  by PLAINTIFF;

8       IT IS HEREBY STIPULATED by and between the parties to this action through

9  their designated counsel that in order to allow the parties to pursue mediation without

10  simultaneously filing and opposing an Anti-SLAPP motion, the above-captioned action

11  be and hereby is dismissed without prejudice, pursuant to Federal Rules of Civil

12  Procedure, Rule 41(a)(1)(ii).

13  Date: October __, 2007        Glassman, Browning, Saltsman & Jacobs, Inc.

14                               By:_____
                                       Anthony M. Glassman

15                               Attorneys for Plaintiff Dr. Frederick K. C. Price

16  Date: October 10, 2007        White O'Connor Curry LLP

17                               By:_____
                                       David E. Fink

18

19                               Attorneys for Defendants John Stossel, Glenn Ruppel,
                                 American Broadcasting Companies, Inc. and ABC, Inc.

20

21  Date: October __, 2007        Lewis, Brisbois, Bisgaard & Smith, LLP

22                               By:_____
                                       William E. Pallares

23                               Attorneys for Ole Anthony and Trinity Foundation, Inc.

24

25

26

27

28

168053.1                          2
                    STIPULATION OF DISMISSAL

1  by PLAINTIFF, Frederick K.C. Price ("PLAINTIFF"), is without prejudice and shall not

2  be used in any way to prejudice PLAINTIFF should the mediation fail and the action be

3  refiled;

4       WHEREAS, the DEFENDANTS by and through their attorneys agree to waive a

5  potential award of costs for the dismissal of this action under Federal Rules of Civil

6  Procedure, Rule 41(d) and Rule 54(d) should the mediation fail and the case be refiled

7  by PLAINTIFF;

8       IT IS HEREBY STIPULATED by and between the parties to this action through

9  their designated counsel that in order to allow the parties to pursue mediation without

10 simultaneously filing and opposing an Anti-SLAPP motion, the above-captioned action

11 be and hereby is dismissed without prejudice, pursuant to Federal Rules of Civil

12 Procedure, Rule 41(a)(1)(ii).

13 Date. October __, 2007         Glassman, Browning, Saltsman & Jacobs, Inc.
                                   By:_____
14                                       Anthony M. Glassman
15                                 Attorneys for Plaintiff Dr. Frederick K. C. Price

16 Date: October __, 2007         White O'Connor Curry LLP
17                                 By:_____
18                                       David E. Fink
19                                 Attorneys for Defendants John Stossel, Glenn Ruppel,
                                   American Broadcasting Companies, Inc. and ABC, Inc.
20
21 Date: October 10 2007          Lewis, Brisbois, Bisgaard & Smith, LLP
22                                 By:_____
23                                       William E. Pallares
                                   Attorneys for Ole Anthony and Trinity Foundation, Inc.
24
25
26
27
28

168053.1                                     2
                              STIPULATION OF DISMISSAL